UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY B-18-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:20 cr 59 (JCH)(SALM) |
| v. | VIOLATIONS: |
| ALEJANDRO VELEZ | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 841(b)(1)(C) (Possession with Intent to Distribute Fentanyl, Cocaine Base, and 500 Grams or More of Cocaine) |
| | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Unlawful Possession of a Firearm by a Felon) |
| | 18 U.S.C. § 924(c)(1)(A) (Possession of a Firearm in Furtherance of a Drug Trafficking Crime) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Possession with Intent to Distribute Fentanyl, Cocaine Base, and 500 Grams or More of Cocaine)

1.   On or about January 29, 2020, in the District of Connecticut, the defendant ALEJANDRO VELEZ did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), and a mixture and substance containing a detectable amount of cocaine base ("crack cocaine"), all of which are Schedule II controlled substances.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii), and 841(b)(1)(C).

## COUNT TWO
(Unlawful Possession of a Firearm by a Convicted Felon)

2. On or about January 29, 2020, in the District of Connecticut, the defendant ALEJANDRO VELEZ, having been, and knowing that he had been, convicted in the Superior Court of the State of Connecticut of a crime punishable by imprisonment exceeding one year, namely, (a) Criminal Possession of a Pistol or Revolver, in violation of Connecticut General Statutes § 53a-217c, on or about November 14, 2007; and (b) Sale of Hallucinogen/Narcotic, in violation of Connecticut General Statutes § 21a-277(a), on or about April 5, 2004; did knowingly and intentionally possess a firearm in and affecting commerce, that is, a loaded Springfield Armory .45 caliber handgun bearing serial number S3275466, and a loaded Springfield Armory 9mm handgun bearing serial number S3758747, both of which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT THREE
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

3. On or about January 29, 2020, in the District of Connecticut, the defendant ALEJANDRO VELEZ knowingly possessed a firearm, that is, a loaded Springfield Armory .45 caliber handgun bearing serial number S3275466, and a loaded Springfield Armory 9mm handgun bearing serial number S3758747, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the crime charged in Count One of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION
(Controlled Substance Offense)

4. Upon conviction of the controlled substance offense alleged in Count One of this Indictment, the defendant ALEJANDRO VELEZ shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violation of Title 21, United States Code, Section 841, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, that violation and a sum of money equal to the total amount of proceeds obtained as a result of the offense, including $6,341 seized from the defendant on January 29, 2020.

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property that cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

All in accordance with Title 21, United States Code, Section 853 and Rule 32.2(a), Federal Rules of Criminal Procedure.

## FORFEITURE ALLEGATION
(Firearms Offenses)

6. Upon conviction of one or both of the offenses alleged in Count Two and Count Three of this Indictment, the defendant ALEJANDRO VELEZ shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code,

Section 2461(c), any firearm involved in the commission of the offense including, but not limited to: a loaded Springfield Armory .45 caliber handgun bearing serial number S3275466, and a loaded Springfield Armory 9mm handgun bearing serial number S3758747, and associated ammunition, all of which were seized on or about January 29, 2020.

All in accordance with Title 18, United States Code, Section 924, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON

UNITED STATES OF AMERICA

LEONARD C. BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

NATASHA M. FREISMUTH
ASSISTANT UNITED STATES ATTORNEY