UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

Alejandro Velez

Case No. 3:20CR59 (JCH)

ORDER ON MOTION FOR
SENTENCE REDUCTION UNDER
18 U.S.C. § 3582(c)(1)(A)

(COMPASSIONATE RELEASE)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction

in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors

provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing

Commission,

IT IS ORDERED that the motion is:

☒  GRANTED

☐ The defendant's previously imposed sentence of imprisonment of _____

is reduced to _____. If this sentence is less than the amount of time

the defendant already served, the sentence is reduced to a time served; or

☒ Time served.

If the defendant's sentence is reduced to time served:

    ☐     This order is stayed for up to fourteen days, for the verification of the

          defendant's residence and/or establishment of a release plan, to make

          appropriate travel arrangements, and to ensure the defendant's safe

          release. The defendant shall be released as soon as a residence is verified,

          a release plan is established, appropriate travel arrangements are made,

and it is safe for the defendant to travel. There shall be no

delay in ensuring travel arrangements are made. If more than

fourteen days are needed to make appropriate travel

arrangements and ensure the defendant's safe release, the

parties shall immediately notify the court and

show cause why the stay should be extended; or

☒        There being a verified residence and an appropriate release

plan in place, the defendant shall be released.

☐ The defendant must provide the complete address where the defendant will

reside upon release to the probation office in the district where they will be

released because it was not included in the motion for sentence reduction.

☐ Under 18 U.S.C. § 3582(c)(1)(A), the defendant is ordered to serve a "special term"
of

☐ probation or ☐ supervised release of____months  (not to exceed the

unserved portion of the original term of imprisonment).

☐ The defendant's previously imposed conditions of supervised

release as modified below apply to the "special term" of supervision

as amended

☐ The conditions of the "special term" of supervision are as follows:

_____

_____

_____

_____

☐ The defendant's previously imposed conditions of supervised release are unchanged.

☒ The defendant's previously imposed conditions of supervised release are

modified to add the following additional conditions:

> 1.)  Upon release, the defendant shall be placed in home confinement for
>
> seven days with the right to leave his home to report to the U.S. Probation
>
> Office, and to attend treatments or medical appointments, legal appointments,
>
> or religious activities, with the prior approval of the U.S. Probation Officer.

☐ DEFERRED pending supplemental briefing and/or a hearing. The court

DIRECTS the United States Attorney to file a response on or before____, along with

all Bureau of Prisons records (medical, institutional, administrative) relevant to this

motion.

☐ DENIED after complete review of the motion on the merits.

☐ FACTORS CONSIDERED (Optional)

---

☐ DENIED WITHOUT PREJUDICE because the defendant has not exhausted all

administrative remedies as required in 18 U.S.C. § 3582(c)(1)(A), nor have 30 days

lapsed since receipt of the defendant's request by the warden of the defendant's

facility.

**IT IS SO ORDERED**.


Dated in New Haven, Connecticut, this 14th Day of December 2023


/s/Janet C. Hall
United States District Judge